■ IVELISSE EUSEBIO, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Respondent. [874 NYS2d 913]—Order, Supreme Court, New York County (Eileen Bransten, J.), entered January 8, 2008, which, in an action for personal injuries allegedly sustained when plaintiff slipped and fell on a wet area in defendant's subway station, denied plaintiff's motion to vacate a default judgment dismissing her complaint, unanimously affirmed, without costs.

We agree with Supreme Court's exercise of its discretion under the circumstances of this case. Concur—Mazzarelli, J.P., Friedman, Moskowitz and Acosta, JJ.